IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(EASTERN DIVISION)

| | |
|---|---|
| JAY R. VOGT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 15-cv-01686-JAR ) |
| DONALD R. BASSMAN, M.D. and DONALD R. BASSMAN, M.D., LLC, | ) ) ) |
| Defendants. | ) |

## STIPULATION FOR VOLUNTARY DISMISSAL

Now comes the Plaintiff, JAY R. VOGT, by his attorneys, STRELLIS & FIELD, CHARTERED, and defendants, DONALD R. BASSMAN, M.D., and DONALD R. BASSMAN, M.D., LLC, by their attorneys, BRINKER & DOYEN, L.L.P., and for their Stipulation for Voluntary Dismissal hereby stipulate that pursuant to F.R.C.P. 41 (a)(1)(ii), the Defendants, DONALD R. BASSMAN, M.D., and DONALD R. BASSMAN, M.D., LLC, be voluntarily dismissed without prejudice and each party shall bear their own costs.

STRELLIS & FIELD, CHARTERED

BY:   /s/Jack A. Strellis
JACK A. STRELLIS   #61342MO
115 East Mill Street
Waterloo, IL  62298
(618) 939-3404
jstrellis@strellislaw.com
*ATTORNEYS FOR PLAINTIFF*

BRINKER & DOYEN, L.L.P.

BY   /s/ James C. Thoele
James C. Thoele   #34491MO
Aaron I. Mandel   #39692MO
34 N. Meramec Avenue, 5th Floor
Clayton, MO  63105
(314) 863-6311
jthoele@brinkerdoyen.com
amandel@brinkerdoyen.com
*ATTORNEYS FOR DEFENDANTS*

So Ordered
John A. Ross
12/10/2015

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

James C. Thoele
Aaron I. Mandel
Brinker & Doyen, L.L.P.
34 N. Meramec Avenue, 5th Floor
Clayton, MO  63105

                                      /s/ Jack A. Strellis
                                      JACK A. STRELLIS  #61342MO
                                      115 East Mill Street
                                      Waterloo, IL  62298
                                      (618) 939-3404
                                      jstrellis@strellislaw.com
                                      ATTORNEY FOR PLAINTIFF